UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS RUN DEEP, LLC, <br> Plaintiff, <br> v. <br> PRECEPT BRANDS, LLC, <br> Defendant. | Case No. 18-cv-05187-TSH <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 46 |

The Court had a telephonic hearing this morning on the parties' joint letter brief at ECF No. 46. In the letter brief, Precept argues that Roots Run Deep ("RRD") should be required to provide its sales, revenue, profit and cost of goods for its Educated Guess wines, broken down by varietal and sales channel. In an effort at compromise, RRD agrees to provide Educated Guess's sales, revenue, profit and cost of goods by varietal (not limited to wine sold through Total Wine, but for all sales channels together). However, RRD balks at producing that information broken down by sales channel, saying that is unduly burdensome. At the hearing, Precept stated that RRD's compromise is acceptable. Accordingly, the Court **ORDERS** RRD to produce its sales, revenue, profit and cost of goods for its Educated Guess wines, broken down by varietal. At the hearing RRD stated that it would use best efforts to produce that information this week.

**IT IS SO ORDERED.**

Dated: July 8, 2019

THOMAS S. HIXSON
United States Magistrate Judge